# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL JOHN PARRISH**, | CIVIL ACTION NO: 1:14-CV-00966 |
| Petitioner | (Chief Judge Conner) |
| v. | |
| **JOHN E. WETZEL**, Secretary-designee, Pennsylvania Department of Corrections; **ROBERT GILMORE**, Superintendent of the State Correctional Institution at Greene; and **STEVEN GLUNT**, Superintendent of the State Correctional Institution at Rockview, | THIS IS A CAPITAL CASE |
| Respondents | |

## ORDER

AND NOW, this 3rd day of June, 2014, upon consideration of the motion for leave to proceed *in forma pauperis* (Doc. 1), in which petitioner avers that he is indigent and under a sentence of death, see 28 U.S.C. § 1915(a)(1) ("[A]ny court of the United States may authorize the commencement . . . of any [action] . . . without prepayment of fees . . . by a person who submits an affidavit . . . that the person is unable to pay such fees . . . ."), and requests appointment of counsel (Doc. 1), see 18 U.S.C. § 3599(a)(2) ("In any [proceeding] . . . seeking to vacate or set aside a death sentence, any defendant who is . . . financially unable to obtain adequate representation . . . shall be entitled to the appointment of one or more attorneys . . . ."); see also id. § 3599(a)(2)(c) ("If the appointment [of counsel] is made after judgment, at least one attorney so appointed must have been admitted to practice in the court of appeals for not less than five years, and must have had not

less than three years experience in the handling of appeals in that court in felony cases."), it is hereby ORDERED that:

1. The motion for leave to proceed *in forma pauperis* (Doc. 1) is GRANTED. See 28 U.S.C. § 1915(a)(1).

2. The Capital Habeas Unit of the Federal Public Defender office for the Middle District of Pennsylvania and Jennifer Merrigan, Esquire, are APPOINTED to represent petitioner Michael John Parrish in the captioned action. See 18 U.S.C. § 3599(a)(2); see also id. § 3599(a)(2)(c).

3. Counsel for petitioner shall file a status report apprising the court of the procedural posture of petitioner's state court proceedings and any other pertinent matters on or before November 19, 2014.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania