IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL JOHN PARRISH**, | : | CIVIL ACTION NO: 1:14-CV-00966 |
| | : | |
| Petitioner | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **JOHN E. WETZEL**, Secretary, | : | THIS IS A CAPITAL CASE |
| Pennsylvania Department of | : | |
| Corrections; **ROBERT GILMORE**, | : | |
| Superintendent of the State | : | |
| Correctional Institution at Greene; | : | |
| and **STEVEN GLUNT**, | : | |
| Superintendent of the State | : | |
| Correctional Institution at | : | |
| Rockview, | : | |
| | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this 28th day of May, 2015, for the reasons set forth in the accompanying memorandum of this date, it is hereby ORDERED that:

1. Petitioner's motion for leave to file a petition for writ of habeas corpus in excess of the page limitation (Doc. 17) is GRANTED. The petition for writ of habeas corpus (Doc. 19) is accepted for filing.

2. Petitioner's motion to stay the federal proceedings to allow petitioner's counsel to expeditiously exhaust federal claims for relief in state court (Doc. 20) is DENIED.

3. The petition for writ of habeas corpus (Doc. 19) is DISMISSED without prejudice.

4. Petitioner's motion to produce state court record (Doc. 15) is DENIED.

5. The Clerk of Court shall CLOSE this case.

6. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania